**Donald Thornton HENDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53932.**

Missouri Court of Appeals, Western District.

Aug. 19, 1997.

Irene Karns, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for Respondent.

Before EDWIN H. SMITH, P.J., and BERREY and ELLIS, JJ.

**ORDER**

PER CURIAM

Donald Thornton Henderson appeals from the dismissal of his Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).